UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA CAMPBELL,

    Plaintiff,

vs.

JBS PLAINWELL, INC. d/b/a
PACKERLAND-PLAINWELL, INC.,

    Defendant.

Case No.  1:09-cv-1132
HON. JANET T. NEFF

_____/

| Kevin S. Anderson (P48851) | Robert W. Morgan (P24956) |
|---|---|
| BURCH BANYON ANDERSON & BANYON | BERRY MOORMAN P.C. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 1211 E. Napier Ave., Ste. 1 | 535 Griswold, Suite 1900 |
| Benton Harbor, Michigan 49022 | Detroit, Michigan 48226 |
| (269) 926-6135 | (313) 496-1200 |

_____/

## STIPULATION TO DISMISS

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties hereto, that the above-captioned matter be dismissed with prejudice, and without costs, to either party.

| /s/ Kevin S. Anderson (w/consent) | /s/ Robert W. Morgan |
|---|---|
| Kevin S. Anderson (P48851) | Robert W. Morgan (P24956) |
| BURCH BANYON ANDERSON & BANYON | BERRY MOORMAN P.C. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 1211 E. Napier Ave., Ste. 1 | 535 Griswold, Suite 1900 |
| Benton Harbor, MI 49022 | Detroit, MI 48226 |
| (269) 926-6135 | (313) 496-1200 |
| kevlaw@i2k.net | rmorgan@berrymoorman.com |
| Dated:  January 4, 2010 | Dated:  January 4, 2010 |