UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA CAMPBELL,

      Plaintiff,

vs.

      Case No. 1:09-cv-1132
      HON. JANET T. NEFF

JBS PLAINWELL, INC. d/b/a
PACKERLAND-PLAINWELL, INC.,

      Defendant.

_____/

| Kevin S. Anderson (P48851) | Robert W. Morgan (P24956) |
|---|---|
| BURCH BANYON ANDERSON & BANYON | BERRY MOORMAN P.C. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 1211 E. Napier Ave., Ste. 1 | 535 Griswold, Suite 1900 |
| Benton Harbor, Michigan 49022 | Detroit, Michigan 48226 |
| (269) 926-6135 | (313) 496-1200 |

_____/

## ORDER OF DISMISSAL

At a session of said Court, held in the U.S. District Court, Western District of Michigan, Southern Division, State of Michigan, on _____

PRESENT:   HON. JANET T. NEFF
                   U.S. District Court Judge

    Upon reading and filing the foregoing Stipulation of the attorneys for the parties hereto, and the Court being otherwise fully advised in the premises;

    IT IS HEREBY ORDERED that the above-captioned matter be dismissed with prejudice and without costs to either party.

                                       _____
                                       HON. JANET T. NEFF
                                       U.S. District Court Judge